EDWARD MARKOLF et al., Respondents, v. LINCOLN DISCOUNT CORPORATION, Appellant.— No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

EDNA H. MURRAY, Plaintiff, v. WILLIAM STEGEMEIER, Appellant, and ISRAEL H. EGELMAN, Defendant-Respondent.— Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

F. EUGEN NORTZ et al., Copartners Doing Business under the Name of NORTZ & COMPANY, Respondents, v. CLINTON TRUST COMPANY, Appellant, et al., Defendants.— No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

RECONSTRUCTION FINANCE CORPORATION, Plaintiff, v. METROPOLITAN STEEL PRODUCTS CORPORATION et al., Defendants; JOSEPH W. DALY, Trustee in Bankruptcy of METROPOLITAN STEEL PRODUCTS CORPORATION, Defendant-Appellant and Respondent; BARON SHUTER, Defendant-Respondent and Appellant; JOSEPH F. SULLIVAN, Defendant-Respondent.— No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

HARRY SHAFFER et al., Copartners Doing Business as SHAFFER & LEVIN, et al., Appellants, v. RICHARD GARDENS, INC., et al., Respondents.— Close, P. J., Hagarty and Taylor, JJ., concur; Carswell and Adel, JJ., dissent and vote to affirm the judgment.

CARRIE TOBIAS, Respondent, v. EMANUEL CELLER et al., Formerly Doing Business as Copartners under the Name of CELLER & KRAUSHAAR, Appellants.— No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.